```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**MARCELO VASQUEZ-SANCHEZ**                                        **PLAINTIFF**

        **v.**             **Civil No. 09-5105**

**DEPUTY PRUITT; DR. HUSKINS;**
**CAPTAIN HUNTER PETRAY; and**
**SHERIFF KEITH FERGUSON**                                         **DEFENDANTS**

### O R D E R

Now on this 20th day of September, 2010, come on for consideration defendants' **Motion For Summary Judgment** (document #17) and the **Report And Recommendation Of The Magistrate Judge** (document #25), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #17) is **granted in part and denied in part.**

The motion is **granted** insofar as it seeks dismissal of plaintiff's claims that defendants Ferguson and Petray are liable in a supervisory capacity for his claims related to the use of excessive force by defendant Pruitt, and those claims are

**dismissed with prejudice.**

The motion is **denied** in all other respects, and the matters remaining for adjudication are **remanded** to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                     /s/ Jimm Larry Hendren
                                     **JIMM LARRY HENDREN**
                                     **UNITED STATES DISTRICT JUDGE**