IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCELLO VASQUEZ-SANCHEZ                                          PLAINTIFF

    v.    Civil No. 09-5105

DEPUTY PRUITT; DR. HUSKINS;
CAPTAIN HUNTER PETRAY; and
SHERIFF KEITH FERGUSON                                            DEFENDANTS

**O R D E R**

  Now on this 6th day of June, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #43), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

  **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

  **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

  **IT IS SO ORDERED.**

            /s/ Jimm Larry Hendren
            JIMM LARRY HENDREN
            UNITED STATES DISTRICT JUDGE